**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In the Matter of:** | Case No. 20-03011 |
| Vadim Mungiu | Chapter 13 |
| | Judge Donald R. Cassling |
| **Debtor(s)** | Cook County |

**NOTICE OF MOTION**

TO:

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic court notification;

BMO Harris Bank, Attn: Bankruptcy Dept., PO Box 2035, Milwaukee, WI 53201, via U.S. Mail;

Aaron B. Chapin, Attorney for BMO Harris Bank, Husch Blackwell LLP, 120 S. Riverside Plaza, Suite 220, Chicago, IL 60606, via U.S. Mail;

BMW Financial, 5550 Britton Pkwy, Hilliard, OH 43026, via U.S. Mail;

Mercedes Benz Financial Services, PO Box 685, Roanoke, TX 76262, via U.S. Mail;

Michael W. Debre, Chuhak & Tecson, PC, 120 S. Riverside Plaza, Suite 1700, Chicago, IL 60606, via U.S. Mail;

Paulina Garga-Chmiel, Dykema Gosset PLLC, 10 S. Wacker Drive, Suite 2300, Chicago, IL 60606, via U.S. Mail;

MBFS, c/o Dennis Loughlin, 2000 Town Center Suite 2700, Southfield, MI 48075;

Vadim Mungiu, 2513 Brush Road, Unit 202, Schaumburg, IL 60173, via U.S. Mail; and

SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE that on June 9, 2022, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present attached Motion and you may appear if you desire.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 312, Skokie, IL 60077 on May 18, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.


/s/ David Freydin_____
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-03011<br>Northern District of Illinois<br>Eastern Division<br>Mon Feb  3 09:35:17 CST 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| BMO Harris Bank<br>Attn: Bankruptcy<br>Po Box 2035<br>Milwaukee, WI 53201-2035 | BMW Financial<br>5550 Britton pkwy<br>Hilliard, OH 43026-7456 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Client Services<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-9816 |
| Comdata<br>5301 Maryland Way<br>Brentwood, TN 37027-5028 | Costco Anywhere Visa Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | Freight All Kinds, Inc.<br>c/o Teller Levit Silvertrust<br>19 S. LaSalle, Suite 701<br>Chicago, IL 60603-1431 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| Jonathan Neil and Assoc.<br>1600 Golf Rd.<br>Suite 1200<br>Rolling Meadows, IL 60008-4229 | Mercedes-Benz Financial Services<br>Attn: Bankruptcy Dept<br>Po Box 685<br>Roanoke, TX 76262-0685 | Peoples Gas<br>Attn: Bankruptcy<br>200 East Randolph Street<br>Chicago, IL 60601-6302 |
| Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Tollview LLC<br>c/o Trout Downing LLC<br>134 N. LaSalle St, Suite 1840<br>Chicago, IL 60602-1100 |
| Treehouse of Schaumburg<br>2500 Brush Rd.<br>Schaumburg, IL 60173-3902 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank/RMS CC<br>Attn: Bankruptcy<br>Po Box 6351<br>Fargo, ND 58125-6351 |
| United Collection Bureau<br>5620 Southwyck Blvd, Suite 206<br>Toledo, OH 43614-1501 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 305<br>Skokie, IL 60077-2281 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | Vadim Mungiu<br>2513 Brush Road, Unit 202<br>Schaumburg, IL 60173-3920 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| US Bank | End of Label Matrix |
| Attn: Bankruptcy | Mailable recipients   28 |
| 800 Nicollet Mall | Bypassed recipients    0 |
| Minneapolis, MN 55402 | Total                 28 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**In the Matter of**:

   Vadim Mungiu

**Debtor(s)**

Case No. 20-03011

Chapter 13

Judge Donald R. Cassling

Cook County

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR by and through his attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, states as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 20-03011 on February 2, 2020.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on December 2, 2020, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 18.03%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

4. That the Debtor's confirmed plan requires him to pay $3,825.00 per month for the first 3 months, and $5,360.00 for the remainder of the plan (approximately 57 months).

5. That the Debtor has contemporaneously requested that this Honorable Court grant him permission to sell his 2018 Freightliner CA125SLP (subject to approval by all lienholders).

6. That should this Honorable Court grant this request, Debtor requests that his Plan of Reorganization be modified to remove MBFS Claim 13-1 from Section 3.2 (b).

7. That the Debtor also asks this Honorable court to defer the default so that he may successfully complete his Chapter 13 case and continue to pay secured creditors 100% and general unsecured creditors 18.03% of their allowed claims.

8. That by deferring the current default, the creditors that have filed claims in this case will receive more than they would if the case were dismissed, or if the Debtor was forced to convert case to one arising under Chapter 7 of the Bankruptcy Code.

9. That the Debtor further requests this Honorable Court to reduce Chapter 13 Trustee Plan payments to $3,250.00 per month for the remainder of the Plan (as Debtor neither has the income nor expense associated with Claim 13-1).

10. That the Debtor also asks that this Honorable Court extend the term of the plan beyond 60 months to a possible maximum of 72 months under the CARES Act.

11. That the Debtor filed the instant case in good faith and intends to complete the Plan of Reorganization.

WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan to:

A. Remove MBFS Claim 13-1 from Section 3.2(b) of the Plan and instruct the Chapter 13 Trustee not to make further payment on this claim;

B. Defer the Plan default through the 27th month of the Plan (May 2022);

C. Decrease Debtor's Plan payments to $3,250.00 per month effective the 28th month of the Plan (June 2022);

D. Extend the Plan term to 72 months per the CARES Act; and

E. For such other and further relief this Court deems just and proper.

/s/ David Freydin
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157