**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) CASE NO. 20 B 03011 |
| Vadim Mungiu | ) |
| | ) HON. DONALD R. CASSLING |
| | ) |
| | ) CHAPTER 13 |
| | ) |
| DEBTOR(S), | ) COOK COUNTY |

## <u>NOTICE OF MOTION</u>

To:   Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL
60603, via electronic court notification;

BMO Harris Bank, Attn: Bankruptcy Dept., PO Box 2035, Milwaukee, WI 53201, via
U.S. Mail;

Aaron B. Chapin, Attorney for BMO Harris Bank, Husch Blackwell LLP, 120 S.
Riverside Plaza, Suite 220, Chicago, IL 60606, via U.S. Mail;

BMW Financial, 5550 Britton Pkwy, Hilliard, OH 43026, via U.S. Mail;

Mercedes Benz Financial Services, PO Box 685, Roanoke, TX 76262, via U.S. Mail;

Michael W. Debre, Chuhak & Tecson, PC, 120 S. Riverside Plaza, Suite 1700, Chicago,
IL 60606, via U.S. Mail;

Paulina Garga-Chmiel, Dykema Gosset PLLC, 10 S. Wacker Drive, Suite 2300, Chicago,
IL 60606, via U.S. Mail;

MBFS, c/o Dennis Loughlin, 2000 Town Center Suite 2700, Southfield, MI 48075;

Vadim Mungiu, 2513 Brush Road, Unit 202, Schaumburg, IL 60173, via U.S. Mail;

The attached Service List.

PLEASE TAKE NOTICE that on Jun 9, 2022, at 9:30 a.m., I will appear before the
Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present Debtor's
Motion to Authorize Sale, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd, Suite 305, Skokie, IL 60077 on May 18, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.


_____/s/ *David Freydin*_____
Attorney for Debtor


Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157

Label Matrix for local noticing
0752-1
Case 20-03011
Northern District of Illinois
Eastern Division
Mon Feb  3 09:35:17 CST 2020

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201-2035

BMW Financial
5550 Britton pkwy
Hilliard, OH 43026-7456

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850-5298

Citibank/Best Buy
Po Box 6497
Sioux Falls, SD 57117-6497

Client Services
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-9816

Comdata
5301 Maryland Way
Brentwood, TN 37027-5028

Costco Anywhere Visa Card
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117-6500

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040-8999

Freight All Kinds, Inc.
c/o Teller Levit Silvertrust
19 S. LaSalle, Suite 701
Chicago, IL 60603-1431

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

Jonathan Neil and Assoc.
1600 Golf Rd.
Suite 1200
Rolling Meadows, IL 60008-4229

Mercedes-Benz Financial Services
Attn: Bankruptcy Dept
Po Box 685
Roanoke, TX 76262-0685

Peoples Gas
Attn: Bankruptcy
200 East Randolph Street
Chicago, IL 60601-6302

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Tollview LLC
c/o Trout Downing LLC
134 N. LaSalle St, Suite 1840
Chicago, IL 60602-1100

Treehouse of Schaumburg
2500 Brush Rd.
Schaumburg, IL 60173-3902

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank/RMS CC
Attn: Bankruptcy
Po Box 6351
Fargo, ND 58125-6351

United Collection Bureau
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614-1501

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd
Suite 305
Skokie, IL 60077-2281

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

Vadim Mungiu
2513 Brush Road, Unit 202
Schaumburg, IL 60173-3920

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| US Bank | End of Label Matrix | |
| --- | --- | --- |
| Attn: Bankruptcy | Mailable recipients | 28 |
| 800 Nicollet Mall | Bypassed recipients | 0 |
| Minneapolis, MN 55402 | Total | 28 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20 B 03011 |
| Vadim Mungiu | ) | |
| | ) | HON. DONALD R. CASSLING |
| | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR(S), | ) | COOK COUNTY |

<u>**MOTION TO AUTHORIZE SALE**</u>

Vadim Mungiu, ("Debtor"), by and through his attorney, David Freydin, pursuant to §363

of the United States Bankruptcy Code, moves this Honorable Court to enter an Order allowing the

sale of Debtor's 2018 Freightliner CA 125SLP (VIN 3AKJHHDR4JSJK8324) ("the Vehicle"),

and in support thereof, Debtor states as follows:

1.    That the Debtor in the underlying case filed a Chapter 13 bankruptcy petition in the

Northern District of Illinois, Eastern Division as case number 20-03011 on

February 2, 2020.

2.    That this Honorable Court confirmed the Debtor's Chapter 13 Plan on December

2, 2020.

3.    That the Debtor's confirmed plan requires him to pay $3,825.00 for the first 3

months, increased to $5,360.00 for the next 2 months and finally, $5650.00 for the

remainder of the case, providing a 100.00% dividend to secured creditors and

10.00% to unsecured creditors.

4.    That the Debtor is the current owner of the Vehicle subject to a PMSI lien held by

MBFS per claim 13-1. Please see attached Exhibit A.

5.      That the Debtor wishes to sell the Vehicle subject to approval from this Honorable Court and all lienholders. Please see attached Exhibit B for a copy of the proposed sale agreement.

6.      That execution of any sale is contingent upon this Honorable Court entering an Order allowing sale of the Vehicle.

7.      That Debtor has filed a contemporaneous motion to modify plan to remove the Vehicle from Section 3.2 of the plan and reduce the Trustee payment accordingly.

8.      Debtor paid fee to file this motion.

9.      That should this Honorable Court grant this Motion, MBFS should also have immediate relief from the Automatic Stay as to the Vehicle.

10.      That the Debtor has presented this motion in good faith and intends to complete the Chapter 13 plan of reorganization.

WHEREFORE, Vadim Mungiu, Debtor, respectfully requests this Honorable Court to enter an Order allowing the sale of the Vehicle and for such other and further relief as this Court deems fair and just.


Respectfully submitted,

 /s/ *David Freydin*_____
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157